UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21147-CIV-GOODMAN
[CONSENT CASE]

ERIC ROMANO, et al.,

    Plaintiffs,

v.

JOHN HANCOCK LIFE INS. COMPANY (U.S.A.),

    Defendant.

_____/

### FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Undersigned's Order Granting Defendant's Motion for Summary Judgment [ECF No. 339] finding that Defendant did not commit a prohibited transaction or breach a fiduciary duty, and that Plaintiffs did not establish Article III standing, it is **ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendant, John Hancock Life Ins. Company (U.S.A.), and against Plaintiffs Eric and Todd Romano, et al.

The Court will retain jurisdiction to rule on applications for costs and attorney's fees (if applicable).

**DONE AND ORDERED** in Chambers, Miami, Florida, on June 22, 2022.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
All counsel of record