UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21147-CIV-JG-GOODMAN
[CONSENT CASE]

ERIC ROMANO, et al., individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),

        Defendant.

## PLAINTIFFS' NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs Eric Romano and Todd Romano, individually and on behalf of all others similarly situated as representatives of the certified class, hereby appeal to the United States Court of Appeals for the Eleventh Circuit the following: the Final Judgment Order in Favor of Defendants (ECF No. 351), entered on the docket on June 22, 2022; the Order on Defendant's Summary Judgment Motion, a redacted version of which was entered on the docket on May 9, 2022 (ECF No. 339), and a sealed version of which was entered on the docket on May 2, 2022 (ECF No. 331); and the Omnibus Order on the Parties' *Daubert* Motions, a public version of which was entered on the docket on May 9, 2022 (ECF No. 338) and a sealed version of which was entered on the docket on May 2, 2022 (ECF No. 330). Copies of the Orders that were filed on the public docket are attached.

DATED: July 15, 2022                        Respectfully Submitted,

                                          /s/ *Matthew P. Weinshall*
                                          Matthew P. Weinshall (FBN 84783)
                                          Peter Prieto (FBN 501492)
                                          John Gravante (FBN 617113)

<div style="margin-left: 40%;">

Alissa Del Riego (FBN 99742)
SunTrust International Center
One Southeast 3rd Ave, Suite 2300
Miami, Florida 33131
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com
jgravante@podhurst.com
mweinshall@podhurst.com
adelriego@podhurst.com


SEARCY DENNEY SCAROLA BARNHART
& SHIPLEY P.A.
Christian D. Searcy (FBN 158298)
Jack Scarola (FBN 169440)
Boris L. Zhadanovskiy (FBN 1002923)
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409
Phone: (561) 686-6300
Fax: (561) 383-9467
_searcyteam@searcylaw.com
_scarolateam@searcylaw.com
_zhadanovskiyteam@searcylaw.com

*Counsel for Plaintiffs*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ *Matthew P. Weinshall*
      Matthew P. Weinshall